# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN ANTHONY WAYNE DEGEN, SR.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE,
Respondent.

No. 80462

FILED

FEB 0 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

In this original pro se petition for a writ of mandamus, petitioner seeks a writ directing the district court to act on several motions.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter. *See* NRAP 21(b).

We reiterate that "[p]etitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted." *Pan v. Eighth*

20-05340

*Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____Pickering_____, C.J.
Pickering

_____Hardesty_____, J.        _____Cadish_____, J.
Hardesty                                   Cadish

cc:    John Anthony Wayne Degen, Sr.
        Attorney General/Carson City
        Washoe District Court Clerk

---

[1]We are confident that the district court will resolve all pending matters as expeditiously as its calendar permits.